ABOELELA SAID
71019-053   C2
U.S.P   CANAAN
P.O   BOX   300
WAYMART   PA   18472



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 6 2006 ★
BROOKLYN OFFICE

04,03,2006

OFFICE OF THE CLERK FOR
THE UNITED STATES DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN N.Y 11201



APR 1 3 2006

CHAMBERS OF JUDGE GLEESON

RE: UNITED STATES V . ABOELELA SAID, DCKT. ~~03-372~~ CV-06-2066 (JG)

DEAR CLERK OF THE COURT,

I would like to obtain the following document. A copy of my transcript from my plea guilty hearing(DECEMBER,2004)
please forward the above documents to me and the cost of this requested information, as soon as possible. I am presently, litigating many legal issues in my case. this information is crucial. thank you for your prompt response to this matter.

Respectfully submitted,

Said Aboelela

ABOELELA SAID

The Clerk is directed to forward a copy of this letter and order to Counsel for Said (Steve Zissou, Esq) who is directed to assist his client. So ordered.

s/John Gleeson  USDJ

4-18-06