# JEREMY GUTMAN
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

(212) 644-5200

FAX: (212) 486-7701
E-MAIL: JEREMYGUTM@AOL.COM

June 9, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 14 2006 ★
BROOKLYN OFFICE

**By ECF**

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Aboelela v. United States
             06 Cv. 2066 (JG)

Dear Judge Gleeson:

    I was recently assigned, pursuant to the Criminal Justice Act, to represent petitioner Said Aboelala in the above case. I have been advised of the previously-set briefing schedule and expect to comply with that schedule.

    I will not, however, be available on August 25, 2006, the date previously scheduled for oral argument. I will be out of town from August 17th to September 1st on a family vacation for which plane tickets have already been purchased. Accordingly, I request that the date of oral argument be adjourned to a subsequent date in September.

    Thank you for your consideration of this request.

Respectfully,

/s/
Jeremy Gutman
*Attorney for Petitioner*
*Said Aboelela*

*[Handwritten notation: Granted. Oral argument is adjourned to 9/6/06 @ 10 am]*

s/John Gleeson