JEREMY GUTMAN
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

(212) 644-5200     FAX: (212) 486-7701
E-MAIL: JEREMYGUTM@AOL.COM

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ JUL 13 2006 ★
BROOKLYN OFFICE**

July 10, 2006

**By ECF**

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Granted
So ordered
s/John Gleeson
USDJ
7-13-06*

    Re:   Aboelela v. United States
           06 Cv. 2066 (JG)

Dear Judge Gleeson:

    I have been advised by court reporter Mickey Brymer that the minutes of Said Aboelela's plea on December 3, 2004, are sealed. Because it is necessary for me to review those minutes in connection with the post-judgment proceedings in which I have been assigned to represent Mr. Aboelela, I request that the Court authorize that the plea minutes be unsealed at least to the extent of making them available to counsel.

                            Respectfully,

                            /s/
                            Jeremy Gutman
                            *Attorney for Petitioner
                            Said Aboelela*